



# Earnings Statement

York International Corp.
5757 N Green Bay Avenue
Milwaukee, WI 53209

| | |
|---|---|
| Employee ID | 3256790 |
| | Page 001 of 001 |
| Period Beg/End: | 12/14/2025 - 12/27/2025 |
| Advice Date: | 01/02/2026 |
| Advice Number: | 0008575898 |
| Batch Number: | 123025DX6058 |

FILING STATUS: Head of Househol

**Henry Corniel**
**257 N Sherman st**
**York, PA 17403**

**For inquiries on this statement please call: 855-505-8337**

Basis of Pay: Hourly
Pay Rate: 28.49

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Overtime Pre | 14.2450 | 0.08 | 1.14 | 1.86 |
| Holiday FLSA | 28.4900 | 24.00 | 683.76 | 683.76 |
| Overtime Str | 28.4900 | 0.05 | 1.43 | 0.00 |
| Regular | 28.4900 | 16.00 | 455.84 | 1367.52 |
| Overtime Pre | 14.2450 | 0.05 | 0.72 | 0.00 |
| Sick FLSA | 28.4900 | 8.00 | 227.92 | 227.92 |
| Overtime Str | 28.4900 | 0.08 | 2.28 | 3.71 |
| Regular | 28.4900 | 32.00 | 911.68 | 0.00 |
| **Gross Pay** | | | **2284.77** | **2284.77** |
| Medicare | | | 32.98 | 32.98 |
| OASDI | | | 141.00 | 141.00 |
| SUI-Employee Paid - PA | | | 1.60 | 1.60 |
| State Tax - PA | | | 69.81 | 69.81 |
| PA LST - EMANC | | | 2.00 | 2.00 |
| City Tax - EMANC | | | 28.42 | 28.42 |
| Federal Withholding | | | 51.68 | 51.68 |
| **Total Taxes** | | | **327.49** | **327.49** |
| *Dental Before Tax | | | 7.99 | 7.99 |
| *Vision Before Tax | | | 2.79 | 2.79 |
| **Total Deductions** | | | **10.78** | **10.78** |
| **Total Net Pay** | | | **1946.50** | **1946.50** |
| Total Work Hours for Pay Period | | | | 48.13 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Basic LifTax | 0.27 | 0.27 |
| **Time Off Summary** | | **Balance** |
| USA Sick | | 0.00 |
| USA Vacation | | -13.33 |
| **Payment Method** | | **Amount** |
| Direct Deposit | | 1946.5 |

\* Excluded from Federal Taxable Wages

Your Federal taxable wages for this period are: $2,274.26

© 2002 AutomaticData Processing (PCSUVO)

---



**York International Corp.**
**5757 N Green Bay Avenue**
**Milwaukee, WI 53209**
**1-855-505-8337   HR Atlas Support**

| | |
|---|---|
| Advice Number: | 0008575898 |
| Advice Date: | 01/02/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| Henry Corniel | DDA | XXXXXXX1999 | 031176110 | 1946.50 |




**Earnings Statement**

| | |
|---|---|
| Employee ID | 3256790 |
| | Page 001 of 001 |
| Period Beg/End: | 12/28/2025 - 01/10/2026 |
| Advice Date: | 01/16/2026 |
| Advice Number: | 0008622358 |
| Batch Number: | 011326FJ5058 |

York International Corp.
5757 N Green Bay Avenue
Milwaukee, WI 53209

FILING STATUS: Head of Househol

Henry Corniel
257 N Sherman st
York, PA 17403

**For inquiries on this statement please call: 855-505-8337**

Basis of Pay: Hourly
Pay Rate: 28.49

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Sick FLSA | | | | 227.92 |
| Regular | 28.4900 | 8.00 | 227.92 | 0.00 |
| Overtime Str | 28.4900 | 0.05 | 2.13 | 0.00 |
| Holiday FLSA | 28.4900 | 32.00 | 911.68 | 1595.44 |
| Overtime Str | 28.4900 | 0.23 | 9.82 | 15.66 |
| Overtime Pre | | | | 1.86 |
| Regular | 28.4900 | 40.00 | 1139.60 | 2735.04 |
| **Gross Pay** | | | **2291.15** | **4575.92** |
| SUI-Employee Paid - PA | | | 1.60 | 3.20 |
| Medicare | | | 33.07 | 66.05 |
| PA LST - EMANC | | | 2.00 | 4.00 |
| State Tax - PA | | | 70.01 | 139.82 |
| City Tax - EMANC | | | 28.50 | 56.92 |
| OASDI | | | 141.40 | 282.40 |
| Federal Withholding | | | 52.45 | 104.13 |
| **Total Taxes** | | | **329.03** | **656.52** |
| *Dental Before Tax | | | 7.99 | 15.98 |
| *Vision Before Tax | | | 2.79 | 5.58 |
| **Total Deductions** | | | **10.78** | **21.56** |
| **Total Net Pay** | | | **1951.34** | **3897.84** |
| Total Work Hours for Pay Period | | | | 48.28 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Basic LifTax | 0.27 | 0.54 |
| **Time Off Summary** | | **Balance** |
| USA Sick | | 10.00 |
| USA Vacation | | 0.00 |
| **Payment Method** | | **Amount** |
| Direct Deposit | | 1951.34 |

\* Excluded from Federal Taxable Wages

Your Federal taxable wages for this period are: $2,280.64

© 2002 AutomaticData Processing (PCSUVO)

---

York International Corp.
5757 N Green Bay Avenue
Milwaukee, WI 53209
1-855-505-8337   HR Atlas Support

| | | | |
|---|---|---|---|
| Advice Number: | | | 0008622358 |
| Advice Date: | | | 01/16/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Henry Corniel       DDA | XXXXXXX1999 | 031176110 | 1951.34 |



# Earnings Statement



*York International Corp.*
*5757 N Green Bay Avenue*
*Milwaukee, WI 53209*

| | |
|---|---|
| Employee ID | 3256790 |
| | Page 001 of 001 |
| Period Beg/End: | 01/11/2026 - 01/24/2026 |
| Advice Date: | 01/30/2026 |
| Advice Number: | 0008711486 |
| Batch Number: | 012726F56057 |

FILING STATUS: Head of Househol

**Henry Corniel**
**257 N Sherman st**
**York, PA 17403**

**For inquiries on this statement please call: 855-505-8337**

Basis of Pay: Hourly
Pay Rate: 28.49

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 28.4900 | 40.00 | 1139.60 | 4786.32 |
| Holiday FLSA | | | | 1595.44 |
| Regular | 28.4900 | 32.00 | 911.68 | 0.00 |
| Vacation FLS | 28.4900 | 8.00 | 227.92 | 227.92 |
| Sick FLSA | | | | 227.92 |
| Overtime Pre | | | | 1.86 |
| Gainshare | 0.0000 | 0.00 | 629.00 | 629.00 |
| Overtime | 42.7350 | 0.17 | 7.26 | 0.00 |
| Overtime | 42.7350 | 0.25 | 10.68 | 33.60 |
| **Gross Pay** | | | **2926.14** | **7502.06** |
| Federal Withholding | | | 191.31 | 295.44 |
| PA LST - EMANC | | | 2.00 | 6.00 |
| OASDI | | | 180.77 | 463.17 |
| State Tax - PA | | | 89.50 | 229.32 |
| SUI-Employee Paid - PA | | | 0.00 | 3.20 |
| City Tax - EMANC | | | 36.44 | 93.36 |
| Medicare | | | 42.27 | 108.32 |
| **Total Taxes** | | | **542.29** | **1198.81** |
| *Dental Before Tax | | | 7.99 | 23.97 |
| *Vision Before Tax | | | 2.79 | 8.37 |
| **Total Deductions** | | | **10.78** | **32.34** |
| **Total Net Pay** | | | **2373.07** | **6270.91** |
| Total Work Hours for Pay Period | | | | 72.42 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Basic LifTax | 0.27 | 0.81 |
| **Time Off Summary** | | **Balance** |
| USA Sick | | 10.00 |
| USA Vacation | | -8.00 |
| **Payment Method** | | **Amount** |
| Direct Deposit | | 2373.07 |

* Excluded from Federal Taxable Wages

Your Federal taxable wages for this period are: $2,915.63

© 2002 AutomaticData Processing (PCSUVO)

---



**York International Corp.**
**5757 N Green Bay Avenue**
**Milwaukee, WI 53209**
**1-855-505-8337     HR Atlas Support**

Advice Number:  0008711486
Advice Date:  01/30/2026

*THIS IS NOT A CHECK*

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Henry Corniel          DDA | XXXXXXX1999 | 031176110 | 2373.07 |

Case 1:26-bk-00591   Doc 4   Filed 03/04/26   Entered 03/04/26 18:15:30   Desc Main Document    Page 3 of 5





# Earnings Statement

| | |
|---|---|
| Employee ID | 3256790 |
| | Page 001 of 001 |
| Period Beg/End: | 01/25/2026 - 02/07/2026 |
| Advice Date: | 02/13/2026 |
| Advice Number: | 0008765191 |
| Batch Number: | 021026FX6055 |

York International Corp.
5757 N Green Bay Avenue
Milwaukee, WI 53209

FILING STATUS: Head of Household

**Henry Corniel**
**257 N Sherman st**
**York, PA 17403**

**For inquiries on this statement please call: 855-505-8337**

Basis of Pay:      Hourly
Pay Rate:          28.49

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 28.4900 | 32.20 | 917.38 | 0.00 |
| Safety Reimb | 0.0000 | 0.00 | 167.40 | 167.40 |
| Overtime | 42.7350 | 0.25 | 10.68 | 44.28 |
| Regular | 28.4900 | 40.00 | 1139.60 | 6843.30 |
| Overtime Pre | | | | 1.86 |
| Vacation FLS | | | | 227.92 |
| Sick FLSA | | | | 227.92 |
| Gainshare | | | | 629.00 |
| Holiday FLSA | | | | 1595.44 |
| **Gross Pay** | | | **2235.06** | **9737.12** |
| Federal Withholding | | | 25.63 | 321.07 |
| SUI-Employee Paid - PA | | | 1.45 | 4.65 |
| PA LST - EMANC | | | 2.00 | 8.00 |
| City Tax - EMANC | | | 25.71 | 119.07 |
| OASDI | | | 127.55 | 590.72 |
| Medicare | | | 29.83 | 138.15 |
| State Tax - PA | | | 63.15 | 292.47 |
| **Total Taxes** | | | **275.32** | **1474.13** |
| *Dental Before Tax | | | 7.99 | 31.96 |
| *Vision Before Tax | | | 2.79 | 11.16 |
| **Total Deductions** | | | **10.78** | **43.12** |
| **Total Net Pay** | | | **1948.96** | **8219.87** |
| Total Work Hours for Pay Period | | | | 72.45 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Basic LifTax | 0.27 | 1.08 |
| **Time Off Summary** | | **Balance** |
| USA Vacation | | -1.33 |
| USA Sick | | 10.00 |
| **Payment Method** | | **Amount** |
| Direct Deposit | | 1948.96 |

\* Excluded from Federal Taxable Wages

Your Federal taxable wages for this period are: $2,057.15

© 2002 AutomaticData Processing (PCSUVO)

---

York International Corp.
5757 N Green Bay Avenue
Milwaukee, WI 53209
1-855-505-8337      HR Atlas Support

Advice Number:    0008765191
Advice Date:      02/13/2026

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Henry Corniel    DDA | XXXXXXX1999 | 031176110 | 1948.96 |





York International Corp.
5757 N Green Bay Avenue
Milwaukee, WI 53209

# Earnings Statement

| | |
|---|---|
| Employee ID | 3256790 |
| | Page 001 of 001 |
| Period Beg/End: | 02/08/2026 - 02/21/2026 |
| Advice Date: | 02/27/2026 |
| Advice Number: | 0008833851 |
| Batch Number: | 022426F19055 |

FILING STATUS: Head of Househol

**Henry Corniel**
**257 N Sherman st**
**York, PA 17403**

**For inquiries on this statement please call: 855-505-8337**

Basis of Pay: Hourly
Pay Rate: 28.49

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Sick FLSA | | | | 227.92 |
| Gainshare | | | | 629.00 |
| Regular | 28.4900 | 40.00 | 1139.60 | 0.00 |
| Overtime Pre | | | | 1.86 |
| Overtime | 42.7350 | 0.25 | 10.68 | 0.00 |
| Holiday FLSA | | | | 1595.44 |
| Vacation FLS | | | | 227.92 |
| Safety Reimb | | | | 167.40 |
| Overtime | 42.7350 | 1.13 | 48.28 | 103.24 |
| Regular | 28.4900 | 40.00 | 1139.60 | 9122.50 |
| **Gross Pay** | | | **2338.16** | **12075.28** |
| City Tax - EMANC | | | 29.09 | 148.16 |
| OASDI | | | 144.31 | 735.03 |
| SUI-Employee Paid - PA | | | 1.64 | 6.29 |
| Federal Withholding | | | 75.39 | 396.46 |
| Medicare | | | 33.75 | 171.90 |
| PA LST - EMANC | | | 2.00 | 10.00 |
| State Tax - PA | | | 71.45 | 363.92 |
| **Total Taxes** | | | **357.63** | **1831.76** |
| *Dental Before Tax | | | 7.99 | 39.95 |
| *Vision Before Tax | | | 2.79 | 13.95 |
| **Total Deductions** | | | **10.78** | **53.90** |
| **Total Net Pay** | | | **1969.75** | **10189.62** |
| **Total Work Hours for Pay Period** | | | | **81.38** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Basic LifTax | 0.27 | 1.35 |
| **Time Off Summary** | | **Balance** |
| USA Sick | | 10.00 |
| USA Vacation | | -1.33 |
| **Payment Method** | | **Amount** |
| Direct Deposit | | 1969.75 |

* Excluded from Federal Taxable Wages

Your Federal taxable wages for this period are: $2,327.65

© 2002 AutomaticData Processing (PCSUVO)

---

 **York International Corp.**
**5757 N Green Bay Avenue**
**Milwaukee, WI 53209**
**1-855-505-8337    HR Atlas Support**

| | | |
|---|---|---|
| Advice Number: | | 0008833851 |
| Advice Date: | | 02/27/2026 |

THIS IS NOT A CHECK

| **Deposited to the account of** | **Account Number** | **Transit ABA** | **Amount** |
|---|---|---|---|
| Henry Corniel    DDA | XXXXXXX1999 | 031176110 | 1969.75 |