Certificate Number: 17082-PAM-DE-040714224

Bankruptcy Case Number: 26-00591



17082-PAM-DE-040714224

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 6, 2026, at 10:00 o'clock AM MST, HENRY R CORNIEL MARTINEZ completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 10, 2026        By: /s/Boglarka Brown

                                                    Name: Boglarka Brown

                                                    Title: Certified Credit Counselor