# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:             : NO. 1:26-BK-00591-HWV

                               :

HENRY RAFAEL CORNIEL MARTINEZ :
    Debtor                  : CHAPTER 7

                               :

JONESTOWN BANK &          :
 TRUST CO.,                  :
    Movant                 :

                               :

    vs.                       :

                               :

HENRY RAFAEL CORNIEL MARTINEZ:
    Respondent            : NON-CONCURRENCE OF DEBTOR
AND                       :

                               :

LAWRENCE V. YOUNG,       :
CH. 7 TRUSTEE            :

## CERTIFICATE OF NON-CONCURRENCE

**AND NOW**, comes Paul C. Bametzreider, and hereby certifies and agrees that Debtor does

not concur in the request of Jonestown Bank & Trust Co. for Relief from Automatic Stay.

                            **BARLEY SNYDER**

By _____
     Paul C. Bametzreider, Esq., ID #55748
     Attorney for Movant
     1601 Cornwall Road
     Lebanon, PA 17042
     (717) 273-3733

14127800.1