# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : NO. 1:26-BK-00591-HWV
:
HENRY RAFAEL CORNIEL MARTINEZ :
    Debtor : CHAPTER 7
:
JONESTOWN BANK & :
 TRUST CO., :
    Movant :
:
    vs. :
:
HENRY RAFAEL CORNIEL MARTINEZ :
    Respondent : NON-CONCURRENCE OF DEBTOR
AND :
:
LAWRENCE V. YOUNG, :
CH. 7 TRUSTEE :

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of April, 2026, I served a true and correct copy of the foregoing Motion and Notice by either United States First Class Mail, postage prepaid or electronically, to Debtor, Debtor's counsel and the Chapter 7 Trustee.

BARLEY SNYDER

PAUL C. BAMETZREIDER, ESQUIRE
I.D. No. 55748
Attorney for Movant

14127800.1