**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: : NO. 1:26-BK-00591-HWV
                           :

**HENRY RAFAEL CORNIEL MARTINEZ** :
    **Debtor** : **CHAPTER 7**
                           :

**JONESTOWN BANK &** :
 **TRUST CO.,** :
    **Movant** :
                           :

    **vs.** :
                           :

**HENRY RAFAEL CORNIEL MARTINEZ** :
    **Respondent** : **NON-CONCURRENCE OF DEBTOR**
**AND** :
                           :

**LAWRENCE V. YOUNG,** :
**CH. 7 TRUSTEE** :

## NOTICE

YOU ARE NOTIFIED that the above-captioned Movant has filed a Motion for Relief from Automatic Stay in the above-captioned matter. If you desire to file an Answer to this Motion for Relief from Automatic Stay, you must file an Answer on or before May 6, 2026. A hearing has been scheduled for May 19, 2026 at 9:30 a.m. in the U.S. Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania. If you fail to file an Answer, the Court may enter Relief without a hearing and without further notice. If you file an Answer, you should file your Answer with the Clerk's Office and serve a copy upon Movant's counsel listed below.

                                        _____
                                        Clerk Bankruptcy Court

Paul C. Bametzreider, Esquire
Barley Snyder
1601 Cornwall Road
Lebanon, PA 17042
(717) 273-3733
pbametzreider@barley.com
Movant's Counsel

14145634.1