**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : NO. 1:26-BK-00591-HWV |
| | : |
| HENRY RAFAEL CORNIEL MARTINEZ | : |
| Debtor | : CHAPTER 7 |
| | : |
| JONESTOWN BANK & | : |
| TRUST CO., | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| HENRY RAFAEL CORNIEL MARTINEZ: | |
| Respondent | : NON-CONCURRENCE OF DEBTOR |
| AND | : |
| | : |
| LAWRENCE V. YOUNG, | : |
| CH. 7 TRUSTEE | : |

## <u>ORDER</u>

After Notice and opportunity for hearing, Jonestown Bank & Trust Co., is ORDERED relief

from the Automatic Stay imposed pursuant to §362 of the U.S. Bankruptcy Code and Bank may

proceed with its State Law remedies against its Collateral being identified as a 2024 Dodge Hornet

with a VIN number of ZACPDFCW1R3A14672.

1

14145576.1