## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:            :   **CASE NO. 1:26-bk-00591-HWV**
           :
**HENRY RAFAEL CORNIEL MARTINEZ** :
     Debtor          :   **CHAPTER 7**
           :
**JONESTOWN BANK &**        :
 **TRUST CO.,**            :
     Movant         :
           :
     vs.            :
           :
**HENRY RAFAEL CORNIEL MARTINEZ** :
     Respondent     :
**AND**            :
           :
**LAWRENCE V. YOUNG,**     :
**CH. 7 TRUSTEE**        :

## <u>ORDER</u>

Upon consideration of the Motion for Relief from the Automatic Stay filed by Jonestown Bank & Trust Co. ("Movant"), Doc. 13, and no objections having been filed, it is

**ORDERED** that relief from the Automatic Stay imposed pursuant to § 362 of the U.S. Bankruptcy Code is granted to allow the Movant to proceed with its State Law remedies against its Collateral being identified as a 2024 Dodge Hornet with a VIN number of ZACPDFCW1R3A14672.

By the Court,

_Henry W. Van Eck_

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 8, 2026