# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Henry Rafael Corniel Martinez,
aka Henry Corniel, aka Henry Corniel Martinez, aka
Henry Rafael Corniel, aka Henry R Corniel Martinez,

**Debtor 1**

Chapter        7

Case No.        1:26−bk−00591−HWV

Social Security No.:

xxx−xx−0960

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence V. Young**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  June 12, 2026

**fnldecac** (05/18)