In re:
Case No. 26-00591-HWV

Henry Rafael Corniel Martinez
Chapter 7

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 12, 2026 | Form ID: 318 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry Rafael Corniel Martinez, 257 N Sherman St, York, PA 17403-1332 |
| 5785540 | + | Danielle Destephano, 135 Tyler Run Road, York, PA 17403-4915 |
| 5796582 | + | Jonestown Bank & Trust Co., 2 West Market Street, Jonestown, PA 17038-9628 |
| 5785543 | | Jonestown Bank and Trust, Attn: Bankruptcy, PO Box 717, Jonestown, PA 17038-0717 |
| 5785545 | | Keyla Gonzalez, 347 Walford Dr, York, PA 17404 |
| 5785547 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5785549 | + | Wellspan Health, PO Box 15198, York, PA 17405-7198 |
| 5785550 | + | Yashira del Valle, 257 N Sherman St, York, PA 17403-1332 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5785537 | + | Email/Text: ebn@americollect.com | Jun 12 2026 18:41:00 | Americollect LLC, 1851 S Alverno Rd., Manitowoc, WI 54220-9208 |
| 5785538 | | EDI: CAPITALONE.COM | Jun 12 2026 22:39:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5785539 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Jun 12 2026 18:40:00 | Cash App, 1955 Broadway, Suite 600, Oakland, CA 94612-2205 |
| 5785541 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 12 2026 18:41:00 | Dept of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5785542 | | EDI: IRS.COM | Jun 12 2026 22:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5785544 | + | EDI: JPMORGANCHASE | Jun 12 2026 22:39:00 | JPMorgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5785546 | + | Email/Text: bkynotices@reliant-cap.com | Jun 12 2026 18:41:00 | Reliant Capital Solutions, 670 Cross Pointe Rd., Gahanna, OH 43230-6862 |
| 5785548 | | Email/Text: edbknotices@ecmc.org | Jun 12 2026 18:40:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Jonestown Bank & Trust Co., 2 West Market Street, Jonestown, PA 17038-9628 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 1 Henry Rafael Corniel Martinez usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence V. Young | lyoung@cgalaw.com pa33@ecfcbis.com;rshearer@cgalaw.com;jhall@cgalaw.com;jrosenau@cgalaw.com;ycaraballo@cgalaw.com |
| Paul C Bametzreider | on behalf of Creditor Jonestown Bank & Trust Co. pbametzreider@barley.com  dhiggins-king@barley.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

Information to identify the case:

| Debtor 1 | Henry Rafael Corniel Martinez | | Social Security number or ITIN xxx–xx–0960 |
| | First Name    Middle Name    Last Name | | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  __–_____ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:  1:26–bk–00591–HWV

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Henry Rafael Corniel Martinez
aka Henry Corniel, aka Henry Corniel Martinez,
aka Henry Rafael Corniel, aka Henry R Corniel
Martinez

**By the court:**

6/12/26

Henry W. Van Eck, Chief Bankruptcy
Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                 **Order of Discharge**                 page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2